UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                       Case No. 14-30437-DHW
                                                         Chapter 13

Jerome Black,

    Debtor.

## ORDER TERMINATING STAY

*Bank of America* filed a motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property described in the motion.

The motion came on for hearing and the debtor could offer no defense. Accordingly, it is

ORDERED that the stay is TERMINATED to allow the creditor to enforce its lien on the property described in the motion. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this 17th day of December, 2014.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       William B Marks, Attorney for Creditor
       Bank of America, Creditor
       Curtis C. Reding, Trustee